# THE QUINN LAW FIRM

399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603
Tel: 914.997.0555
Fax: 914.997.0550

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-24

*Via ECF*

Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-41

> APPLICATION GRANTED
> Defendant's direct surrender date is extended to 10/8/2024, at 2:00 p.m. Defense counsel is directed to provide a copy of this Order to the Probation Office.
> SO ORDERED:
> 
> *Vincent Briccetti*
> Vincent L. Briccetti, U.S.D.J. 9/4/2024

**Re:   United States v. Ronald Rauschenbach**
      Case No. 24 Cr. 00249-001 (VB)

Dear Judge Briccetti:

    As you know, the undersigned represents Ronald Rauschenbach in connection with the above-referenced matter.

    Mr. Rauschenbach is scheduled to self-surrender to a designated Bureau of Prisons ("BOP") facility before 2pm on September 9, 2024. At this time, we are respectfully requesting a short extension of time until before 2pm on October 8, 2024. for Mr. Rauschenbach to self-surrender.

    The reason for this request is based upon the recent death of Mr. Rauschenbach's father. This, unfortunately, caused Mr. Rauschenbach to lose a few weeks to get his affairs in order as he has been and continues to assist his elderly, infirm and grieving mother. Additionally, Mr. Rauschenbach is awaiting blood test result that will help ensure his health needs are managed appropriately, and his medications are compatible with those available on the BOP's formulary.

    Finally, to date, Mr. Rauschenbach has not been formally designated by the BOP. Obviously, we would prefer that Mr. Rauschenbach surrender directly to his designated facility rather than be temporarily housed in MCC/MDC, both of which have well-documented shortfalls.

    We have spoken with AUSA James McMahon and he has no objection to this application.

Respectfully submitted,

*Anthony J. DiFiore, Esq.*

Anthony J. DiFiore, Esq.

AJD:jg
cc: AUSA James McMahon